UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PAUL DAVID SHOEMAKER and MARIA-JANET,<br><br>        Petitioner,<br><br>vs.<br><br>RONALD LEIGHTON, District Judge for the United States District Court for the Western District of Washington,<br><br>        Respondent. | No. 3:12-mc-05015-DWM<br><br>ORDER |

    The petitioners seek a writ of mandamus compelling Judge Ronald Leighton to withdraw orders that he issued in two other cases. *See Shoemaker v. Peterson*, 3:12-cv-5087-RBL (W.D. Wash.) (doc. 18); *Maria-Janet v. Shoemaker*, 3:12-cv-5171-RBL (W.D. Wash.) (doc. 2).

    On May 7, 2012, the Court ordered the petitioners to show cause why this matter should not be dismissed for lack of subject matter jurisdiction. As the Court discussed, the petitioners pleadings are unintelligible, and they have not shown why an appeal is an inadequate remedy. Moreover, the petitioners have not shown that the Court can issue a writ of mandamus upon itself. Those are merely a few

1

problems with the petition; there are many others. *See In re Andrich*, 668 F.3d 105, 1051 (9th Cir. 2011) (discussing *Bauman v. U.S. Dist. Ct.*, 557 F.2d 650, 654–55 (9th Cir. 1977)).

On May 8, 2012, the petitioners filed what appears to be an amended petition (doc. 5), but the amended petition is as unintelligible as the original, and it is not responsive to the Court's order to show cause.[1]

The Court ordered that the petition would be dismissed if the plaintiffs failed to respond to the Court's order to show cause. The plaintiffs' petition is therefore dismissed, and this case is closed.

IT IS ORDERED that the plaintiffs' petition for a writ of mandamus (doc. 1) and amended writ of mandamus (doc. 5) are DISMISSED WITHOUT PREJUDICE. The Clerk of Court is directed to close this case.

Dated this 24th day of May 2012.

DONALD W. MOLLOY, DISTRICT JUDGE
UNITED STATES DISTRICT COURT

---

[1] The petitioners labeled the amended petition as a "Notice of Motion to Compel ruling and Writ of Mandamus for three(3) Article III Circuit Riding Judges to ride circuit." The document, however, is simply a re-worded petition for writ of mandamus, rather than a motion.

2